✍ ORIGINAL

JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

      - v -                                       :   NOTICE OF INTENT TO
                                                                              FILE AN INFORMATION
BASSIM FARDOS,                            :

             Defendant.   :   **08 CRIM 817**

- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           August 7, 2008

                                         MICHAEL J. GARCIA
                                         United States Attorney

                    By:  _/s/ Jonathan B. New_____
                         JONATHAN B. NEW
                         Assistant United States Attorney

                   AGREED AND CONSENTED TO:

                  By:  _____ on behalf of_____
                       Jeffrey Garrigan, Esq.
                       Attorney for BASSIM FARDOS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

8/11/08 WHEEL A