UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

       :

UNITED STATES OF AMERICA    :

       :

      - v. -      :

       :

BASSIM FARDOS,       :

       :

      Defendant.   :

       :

- - - - - - - - - - - - - - - - x

**08 CRIM 817**

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1956(h), 2320 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:     New York, New York
        August __, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

0202